**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-7590**

—————————

RONALD E. KEIHL,

Petitioner - Appellant,

versus

PATRICK CONROY, Warden; ATTORNEY GENERAL OF
THE STATE OF MARYLAND,

Respondents - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-99-1161-JFM)

—————————

Submitted:  April 20, 2000        Decided:  September 12, 2000

—————————

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Ronald E. Keihl, Appellant Pro Se.  Ann Norman Bosse, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald E. Keihl appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Keihl v. Conroy, No. CA-99-1161-JFM (D. Md. Nov. 15, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED